IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RACHHPAL SINGH SIDHU,

      Petitioner,               No. CIV S-07-1181 GEB EFB P

      vs.

NANCY ALCANTAR, et al.,

      Respondents.      <u>ORDER</u>

_____/

      Petitioner, a state prisoner with counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2241. Petitioner has paid the filing fee.

      Petitioner challenges his detention at the Lerdo Detention Facility in Kern County and so this action should have been commenced in the district court in Fresno. Local Rule 3-120(d).

      Accordingly, it is hereby ordered that:

      1. This action is transferred to the district court in Fresno. *See* Local Rule 3-120(f).

      2. The Clerk of Court shall assign a new case number;

/////

/////

/////

/////

1   3. The new case number is _____. All future filings shall bear the
2   new case number and shall be filed at:
3         United States District Court
          Eastern District of California
4         2500 Tulare Street
          Fresno, CA 93721
5
6   Dated:   June 28, 2007.

                                    _____
                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE

2