IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RACHHPAL SINGH SIDHU,

    Petitioner,               No. CIV S-07-1181 GEB EFB P

   vs.

NANCY ALCANTAR, et al.,

    Respondents.       ORDER

_____/

      Petitioner, a state prisoner with counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2241. Petitioner has paid the filing fee.

      Petitioner challenges his detention at the Lerdo Detention Facility in Kern County and so this action should have been commenced in the district court in Fresno. Local Rule 3-120(d).

      Accordingly, it is hereby ordered that:

      1. This action is transferred to the district court in Fresno. *See* Local Rule 3-120(f).

      2. The Clerk of Court shall assign a new case number;

/////

/////

/////

/////

1    3. The new case number is _____. All future filings shall bear the
2 new case number and shall be filed at:

3        United States District Court
       Eastern District of California
4        2500 Tulare Street
       Fresno, CA 93721
5

6 Dated: June 28, 2007.

7                            _____
                           EDMUND F. BRENNAN
8                            UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26