# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHHPAL SINGH SIDHU, ) | 1:07-cv-00947-LJO-TAG-HC |
| Petitioner, ) | ORDER DISREGARDING PETITIONER'S MOTION FOR SUBSTITUTION OF ATTORNEY |
| v. ) | |
| MICHAEL CHERTOFF, et al., ) | (Doc. 15) |
| Respondents. ) | |

Petitioner is a federal prisoner represented by counsel and proceeding on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On September 28, 2007, attorney of record, Teresa Salazar, filed a motion to withdraw as attorney of record for Petitioner, citing her impending maternity leave as grounds. (Doc. 10). Attorney Salazar signed the motion. (Id.). On October 24, 2007, Attorney Martin Resendez Guajardo filed a motion for substitution of attorney for Petitioner, signed by both Attorneys Salazar and Resendez Guajardo. (Doc. 11). On November 2, 2007, the Court issued an order denying without prejudice the two motions because neither motion contained a signature from Petitioner and there was nothing in the motions themselves to indicate that Petitioner agreed to the withdrawal or the substitution. (Doc. 12). Neither Attorney Salazar nor Attorney Resendez Guajardo filed an amended motion until the instant motion for substitution of attorney was filed on April 16, 2008. (Doc. 15).

The instant motion presumes that the previous motion was granted and an order of substitution was issued, and that Attorney Resendez Guajardo is the sole attorney of record. It seeks

1

1  to substitute Attorney Salazar, now known as Salazar-Cosmos, as attorney of record. Since the
2  previous motion was not granted, and Attorney Salazar has remained counsel of record throughout
3  these proceedings, the instant motion to substitute attorneys is unnecessary. Accordingly, it will be
4  disregarded, however, the Court will also instruct the Clerk of Court to update the docket to indicate
5  that Attorney Salazar's name is now Teresa Salazar-Cosmos.

6  For the foregoing reasons, the Court HEREBY ORDERS that:

7  1. The motion for substitution of attorney for Petitioner (Doc. 15), is DISREGARDED; and

8  2. The Clerk of Court is INSTRUCTED to update the Court's docket in this action to
9  indicate that Attorney Teresa Salazar's name is now Teresa Salazar-Cosmos.

11  IT IS SO ORDERED.

12  Dated:   **October 28, 2008**                                  **/s/ Theresa A. Goldner**
                                                                   UNITED STATES MAGISTRATE JUDGE