# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHHPAL SINGH SIDHU,<br><br>　　　　Petitioner,<br><br>　v.<br><br>MICHAEL CHERTOFF, et al.,<br><br>　　　　Respondents. | ) 1:07-cv-00947-LJO-TAG-HC<br>)<br>) ORDER REQUIRING PETITIONER TO FILE<br>) SUPPLEMENTAL BRIEF WITHIN FIFTEEN<br>) DAYS ADDRESSING MERITS OF<br>) RESPONDENTS' OBJECTIONS TO THE<br>) FINDINGS AND RECOMMENDATIONS<br>) ISSUED ON OCTOBER 30, 2008  (Doc. 18)<br>)<br>)<br>) |

　　　Petitioner, currently in the custody of the Bureau of Immigration and Customs Enforcement ("ICE"), has, through counsel, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  (Doc. 1).   On October 30, 2008, the Court issued findings and recommendations to grant the petition unless Respondents, within sixty days, provided Petitioner with a bond hearing pursuant to 8 U.S.C. 1226(A)(2) before an Immigration Judge with the power to grant him bail, unless the government establishes that Petitioner is a flight risk or will be a danger to the community, or otherwise establishes that it has already afforded Petitioner such a bond hearing.  (Doc. 16).  The findings and recommendations required that any objections be filed within fifteen days.

　　　 On November 19, 2008, Respondents filed objections to the findings and recommendations.  (Doc. 18).  Respondents contend that Petitioner, as an "arriving" alien, is statutorily ineligible for release on bond.  Respondents argue that an "arriving" alien's status is

1  governed by 8 U.S.C. § 1225, as opposed to aliens in removal proceedings whose custody status
2  is governed by 8 U.S.C. § 1226.  Respondents submit that Immigration Judges may review
3  individuals detained under the latter statute, but not under the former.  (Id.).
4       Petitioner's counsel has not responded to Respondents' legal contentions as of this date.
5  Accordingly, the Court will order that Petitioner file a supplemental brief addressing the merits
6  of Respondents' objections to the findings and recommendations.  Alternatively, Petitioner may
7  concede the merits of Respondents' objections, in which case the Court will withdraw the
8  findings and recommendations of October 30, 2008 and issue new findings and
9  recommendations, after carefully reconsidering the merits of the petition.

## ORDER

11       Accordingly, it is HEREBY ORDERED that Petitioner shall file a supplemental brief
12  within fifteen (15) days of the date of service of this order addressing the merits of Respondents'
13  objections, filed on November 19, 2008 (Doc. 18)  to the findings and recommendations issued
14  on October 30, 2008 (Doc. 16).

16  IT IS SO ORDERED.

17  Dated:   **December 5, 2008**           /s/ **Theresa A. Goldner**
                                            UNITED STATES MAGISTRATE JUDGE